# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ERIC CAGLE,<br><br>                       Plaintiff,<br><br>vs.<br><br>CASCADE COUNTY DETENTION CENTER and JOHN DOE CORRECTIONAL OFFICER,<br><br>                       Defendants. | CV 14-02-GF-BMM<br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations in this case on May 12, 2014. Judge Strong recommended that Plaintiff's Complaint be dismissed for failure to state a claim upon which relief may be granted. Before issuing his Findings and Recommendations, Judge Strong explained to Plaintiff why his Complaint was deficient, and gave him an opportunity to cure the deficiencies by filing an amended complaint. (Doc. 8). No amended complaint was filed. Plaintiff has filed no objections to Judge Strong's Findings and Recommendations.

No review is required of proposed findings and recommendations to which no objection is made. *Thomas v. Arn*, 474 U.S. 140, 149-152 (1986). The Court has reviewed, however, Judge Strong's Findings and Recommendations for clear

error. No error was found. Judge Strong's Findings and Recommendations are adopted in full.

IT IS ORDERED:

1. Plaintiff's Complaint (Doc. 2) is DISMISSED for failure to state a claim upon which relief may be granted.

2. The dismissal of this action counts as one strike under 28 U.S.C. §1915(g), because Plaintiff failed to state a claim upon which relief may be granted.

3. Any appeal from this disposition would not be taken in good faith as the claims asserted in the Complaint lack an arguable basis in law or fact. Fed. R. App. P. 24(a)(3)(A).

4. The Clerk is directed to enter judgment accordingly.

DATED this 19th day of June, 2014.

Brian Morris
United States District Court Judge